UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

## MINUTES OF COURT

| | | | |
|---|---|---|---|
| S. MAURICE HICKS, JR. | JUDGE PRESIDING | DATE: | July 9, 2007 |
| Marie Runyon | COURT REPORTER | TIME IN COURT | 05:00 |
| Becky Castillo | LAW CLERK | | |
| Denise McDonnell | MINUTE CLERK | | |

CASE NO. 06-CR-50164-01

UNITED STATES OF AMERICA v. TOMMY K. CRYER

APPEARANCES:

    EARL M. CAMPBELL    FOR GOVERNMENT
    LOWELL H. BECRAFT, JR. (Ret)  FOR DEFENDANT
    GEORGE E. HARP (Ret)    FOR DEFENDANT

CASE CALLED:
(X) TRIAL WITH JURY 1ST DAY

PROCEEDINGS:

(X) JURORS SELECTED AND SWORN TO TRY THE CASE
(X) WITNESSES SEQUESTERED
(X) OPENING STATEMENTS
(X) PRELIMINARY INSTRUCTIONS TO JURY

**VERDICT, RULING, COMMENTS:**

The Government informed the Court of its intent to dismiss the two felony counts of evasion. After argument, the defendant withdrew his objection to proceeding solely on the two lesser included misdemeanor counts of willful failure to file. The jury panel reported at 1:30 p.m. Trial will resume at 9:00 tomorrow morning.