UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

## MINUTES OF COURT

| | | | |
|---|---|---|---|
| S. MAURICE HICKS, JR. | JUDGE PRESIDING | DATE: | July 10, 2007 |
| Marie Runyon | COURT REPORTER | TIME IN COURT | 08:00 |
| Becky Castillo | LAW CLERK | | |
| Denise McDonnell | MINUTE CLERK | | |

CASE NO. 06-CR-50164-01

UNITED STATES OF AMERICA v. TOMMY K. CRYER

APPEARANCES:

EARL M. CAMPBELL             FOR GOVERNMENT
LOWELL H. BECRAFT, JR. (Ret) FOR DEFENDANT
GEORGE E. HARP (Ret)         FOR DEFENDANT

CASE CALLED:
(X) TRIAL WITH JURY 2ND DAY

PROCEEDINGS:

(X) WITNESSES SEQUESTERED
(X) TESTIMONY/EVIDENCE FOR GOVERNMENT COMMENCED AND CONCLUDED
(X) TESTIMONY/EVIDENCE FOR DEFENDANT COMMENCED

**VERDICT, RULING, COMMENTS:**

Joint Stipulation read to the jury. Counsel are to return at 8:30 tomorrow morning for a charge conference. Trial will resume at 9:00 tomorrow morning.