AO 245B (Rev. 06/05) Judgment of Acquittal

RECEIVED
WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE 7/13/07
BY Dm

# UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

V.

TOMMY K. CRYER

**JUDGMENT OF ACQUITTAL**

CASE NUMBER: 06-50164-01

The Defendant was found not guilty. IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

_____
Signature of Judge

S. MAURICE HICKS, JR., U.S. District Judge
Name and Title of Judge

7/13/07
Date

DATE: 7/13/07
Dm
USM
USP   3 cert.