RECEIVED
AO 245B (Rev WESTERN DISTRICT OF LA Acquittal
ROBERT H. SHEMWELL, CLERK
DATE 7/13/07
BY Dm

# UNITED STATES DISTRICT COURT

__WESTERN__                    DISTRICT OF     __LOUISIANA__

UNITED STATES OF AMERICA

**JUDGMENT OF ACQUITTAL**

V.

TOMMY K. CRYER

CASE NUMBER: 06-50164-01

The Defendant was found not guilty. IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

_[signature]_
Signature of Judge

S. MAURICE HICKS, JR., U.S. District Judge
Name and Title of Judge

7/13/07
Date

DATE: 7/13/07
Dm
USM
USP > 3 cert.