RECEIVED

NOV 0 9 2011

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE NUMBER: 06-50164-01 |
| | ) | |
| v. | ) | |
| | ) | |
| TOMMY K. CRYER, | ) | VIOLATIONS: 26 U.S.C. § 7203 |

PETITION FOR EX PARTE ORDER UNDER RULE 6(e)

The United States of America, by and through its attorney, Stephanie A. Finley, United States Attorney for the Western District of Louisiana, respectfully petitions this Court, under the provisions of Rule 6(e)(3)(C)(i) of the Federal Rules of Criminal Procedure, for an order authorizing agents of and attorneys for the Office of Chief Counsel, Internal Revenue Service to 1) inspect and copy documents gathered under the authority of, and inspect and copy transcripts of testimony before, the Grand Jury empanelled in the Western District of Louisiana relating to Tommy K. Cryer's willful failure to file tax returns for the tax years 2000 and 2001 and 2) utilize the knowledge and services of Internal Revenue Service personnel and other law enforcement personnel who had access through the Grand Jury investigation to information regarding Mr. Cryer's tax liabilities for the tax years 2000 and 2001.

Disclosure of those documents, transcripts, and information will be for use in the United States Tax Court entitled *Tommy K. Cryer v. Commissioner of Internal Revenue*, Docket No. 8118-09 in

which Mr. Cryer's civil tax liabilities for the tax years 2000 and 2001 are at issue. An affidavit in support of this Petition is attached.

        Respectfully submitted,

        STEPHANIE A. FINLEY
        United States Attorney

By: *[signature]*
    EARL CAMPBELL
    Assistant United States Attorney
    Western District of Louisiana
    300 Fannin Street, Suite 3201
    Shreveport, Louisiana 71101-3068
    Telephone: (318) 676-3667