RECEIVED
NOV 0 9 2011
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE NUMBER: 06-50164-01 |
| | ) | |
| v. | ) | |
| | ) | |
| TOMMY K. CRYER, | ) | VIOLATIONS: 26 U.S.C. § 7203 |

<u>EX PARTE ORDER UNDER FEDERAL RULES OF CRIMINAL PROCEDURE 6(e)</u>

The United States of America, by and through its attorney Stephanie A. Finley, United States Attorney for the Western District of Louisiana, having made application by Petition and accompanying affidavit for an Order pursuant to the provisions of Rule (6)(e)(3)(C)(i) of the Federal Rules of Criminal Procedure,

AND IT APPEARING to this Court, upon due consideration of the facts and circumstances set forth in said affidavit and for good cause shown, it is hereby

ORDERED, pursuant to the provisions of Rule 6(e)(3)(C)(i) of the Federal Rules of Criminal Procedure, that agents of and attorneys for the Office of Chief Counsel, the Internal Revenue Service (1) may inspect and copy documents and transcripts of the Grand Jury empanelled in the Western District of Louisiana during and prior to 2007, relating to Tommy K. Cryer's willful failure to file federal income tax returns for the tax years 2000 and 2001; and (2) utilize the knowledge and services of Internal Revenue Service personnel and other law enforcement personnel who had access to information regarding Mr. Cryer's tax activities

through the Grand Jury process, in the proceedings before the United States Tax Court entitled *Tommy K. Cryer v. Commissioner of Internal Revenue*, Docket No. 8118-09.

SO ORDERED this the 9th day of November 2011.

_____
UNITED STATES DISTRICT JUDGE